RICHARD G. JONES, Plaintiff-Appellant, *v.* JADE G. JONES, Defendant-Appellee.

(No. 12327; )

Fourth District—May 8, 1974.

Opinion by Mr. JUSTICE CRAVEN.

Ora J. Baer, II, of Champaign, for appellant.

Busch, Harrington & Porter, of Champaign, for appellee.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* OSCAR MARSH, Defendant-Appellant.

(No. 12346; )

Fourth District—May 8, 1974.